SCANNED
DATE: 3-7-05
BY: [initials]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 MAR -4  P 1:13

U.S. DISTRICT COURT
DISTRICT OF MASS.

| JOHN J. PENTZ, | |
|---|---|
| Plaintiff, | Case No. 05-CV-10207 (JLT) |
| - vs. - | |
| ALM, | **NOTICE OF APPEARANCE** |
| Defendant. | |

Defendant American Lawyer Media, Inc. (mistakenly identified in the Complaint as "ALM"), without waiving any defenses, hereby appears in this action by the undersigned attorneys, upon whom all papers, pleadings, and orders should be served.

Dated: March 3, 2005

GRIFFIN & O'CONNELL

_____
Philip A. O'Connell
11 Beacon Street, Suite 320
Boston, Massachusetts 02108-3002
Tel. (617) 523-3379
Fax: (617) 279-0017
*Counsel for Defendant
American Lawyer Media, Inc.*