UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

JOHN J. PENTZ,

                Plaintiff,

- against -

ALM,

                Defendant.

Case No. 05-CV-10207 (JLT)

**STIPULATION**

---

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for the parties, that defendant American Lawyer Media, Inc.'s (identified in the Complaint as "ALM") time to answer, move or otherwise plead to the Complaint in the above-captioned action is extended to and including April 7, 2005.

Dated: March 3, 2005

---

John J. Pentz
2 Clock Tower Place, Suite 260G
Maynard, Massachusetts 01754
Tel.: (978) 461-1548
Fax: (707) 276-2925
*Plaintiff pro se*

GRIFFIN & O'CONNELL

Philip A. O'Connell
11 Beacon Street, Suite 320
Boston, Massachusetts 02108-3002
Tel.: (617) 523-3379
Fax: (617) 279-0017
*Counsel for Defendant
American Lawyer Media, Inc.*