UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

JOHN J. PENTZ,

                Plaintiff,     Case No. 05-CV-10207 (JLT)

    -vs.-

                                     **LOCAL RULE 7.3**
ALM,                                           **STATEMENT**

                Defendant.

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the United States District Court for the District of Massachusetts, and to enable Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant American Lawyer Media, Inc. (mistakenly identified in the Complaint as "ALM") certifies that the corporate parent of American Lawyer Media, Inc. is American Lawyer Media Holdings, Inc. and that no publicly held corporation owns 10% or more of American Lawyer Media, Inc.'s stock.

Dated: March 3, 2005

                                                GRIFFIN & O'CONNELL

                                                Philip A. O'Connell
                                                11 Beacon Street, Suite 320
                                                Boston, Massachusetts 02108-3002
                                                Tel.: (617) 523-3379
                                                Fax: (617) 279-0017
                                                *Counsel for Defendant*
                                                *American Lawyer Media, Inc.*