UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN J. PENTZ,<br><br>            Plaintiff,<br><br>    - vs.-<br><br>ALM,<br><br>            Defendant. | Case No. 05-CV-10207 (JLT)<br><br>**CERTIFICATE**<br>**OF SERVICE** |

I, PHILIP A. O'CONNELL, JR., certify that I am over eighteen years of age, I am not a party to the above-captioned action, and that I caused true and correct copies of (a) Defendant's Notice of Appearance and (b) Defendant's Local Rule 7.3 Statement to be served by United States Mail upon John J. Pentz, 2 Clock Tower Place, Suite 260G, Maynard, Massachusetts 01754, *plaintiff pro se*, on this 4th day of March, 2005 by placing the documents listed above in a sealed envelope with postage thereon fully prepaid in the United States Mail at Boston, Massachusetts addressed as set forth above.

PHILIP A. O'CONNELL, JR.