UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| John Pentz, | | : |
| Plaintiff, | | : |
| | | : |
| v. | | : |

Civil Action No. 05-10207 (JLT)

ALM,                    :

Defendant.            :

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to the provision of Local Rule 83.5.2, please take notice that Philip A.
O'Connell hereby withdraws his appearance on behalf of defendant American Lawyer Media,
Inc. (mistakenly identified in the Complaint as "ALM"). In accordance with Local Rule
83.5.2(c):

1. This Notice is accompanied by Notice of Appearance of successor counsel;

2. There are no motions pending before the Court;

3. No trial date has been set; and

4. No hearings or conferences are scheduled, and no reports, oral or written, are due.

Philip A. O'Connell   BBO#376655
Griffin & O'Connell
11 Beacon Street, Suite 320
Boston, Massachusetts 02108-3002
Tel.: (617) 523-3379
Fax: (617 279-0017

Dated: April  5 , 2005