UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN PENTZ,

    Plaintiff,

v.

ALM,

    Defendant.

Civil Action No. 05-10207 (JLT)

**NOTICE OF APPEARANCE**

Defendant American Lawyer Media, Inc. (mistakenly identified in the Complaint as "ALM"), without waiving any defenses, hereby appears in this action by the undersigned attorneys, upon whom all papers, pleadings, and orders should be served.

Dated: April 5, 2005

SONNENSCHEIN NATH & ROSENTHAL LLP

Philip A. O'Connell, Jr.    BBO#649343
155 Federal Street, 17th Floor
Boston, MA 02110
Telephone: (617) 574-4701
Fax: (617) 574-4744

*Counsel for Defendant American Lawyer Media, Inc.*