UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PENTZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALM, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-10207 (JLT) |

**APPLICATION FOR ADMISSION PRO HAC VICE**

Philip A. O'Connell, Jr., a member of the Bar of the United States District Court for the District of Massachusetts, who has entered an appearance in this action on behalf of defendant American Lawyer Media, Inc. (identified in the complaint as "ALM") ("Defendant"), hereby moves this Court for admission *pro hac vice* of Devereux Chatillon, as counsel for Defendant pursuant to Local Rule 83.5.3.

Attached hereto in support of this Application is the certification of Devereux Chatillon that she is a member in good standing of the Bar of the State of New York; that there are no disciplinary proceedings pending against her as a member of the bar in

any jurisdiction; and that she is familiar with the local rules of this Court.

          American Lawyer Media, Inc.

          By its attorneys,

          _____
          Philip A. O'Connell, Jr.  BBO#649343
          SONNENSCHEIN NATH & ROSENTHAL LLP
          155 Federal Street, 17th Floor
          Boston, MA 02110
          (617) 574-4701
          (617) 574-4744 (fax)

Dated: April 5, 2005

17469004\V-2

## CERTIFICATE OF COMPLIANCE WITH LR 7.1

I, Philip A. O'Connell, Jr., one of the counsel for defendant American Lawyer Media, Inc., hereby certify that I conferred with attorney John J. Pentz, appearing here as plaintiff *pro se,* in a good faith effort to resolve any issues presented by this Application for Admission *Pro Hac Vice,* and Mr. Pentz advised me that he had no objection to the filing of and to the Court granting this Application for Admission *Pro Hac Vice.*

_____

Philip A. O' Connell, Jr.

17469004\V-2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PENTZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALM, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-10207 (JLT) |

## CERTIFICATION OF DEVEREUX CHATILLON IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), I certify that I am eligible for admission to this Court and am admitted, and in good standing, as a member of the Bar of the State of New York. I also certify that I am familiar with this Court's Local Rules and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

_____
Devereux Chatillon (NY State Bar #: 1661073)
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020
212-768-6700
212-768-6800