UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| John Pentz,<br>      Plaintiff,<br>  v.<br>ALM,<br>      Defendant. | Civil Action No. 05-10207 (JLT)<br><br>**CERTIFICATE OF SERVICE** |

    I, PHILIP A. O'CONNELL, JR., certify that I am over eighteen years of age, am not a party to the above-captioned action, and that I cause true and correct copies of (a) NOTICE OF WITHDRAWAL OF APPEARANCE, (b) NOTICE OF APPEARANCE, (c) APPLICATION FOR ADMISSION PRO HAC VICE, (d) CERTIFICATION OF DEVEREUX CHATILLON IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE, (e) CERTIFICATE OF COMPLIANCE WITH LR 7.1 to be served by United States Mail upon John J. Pentz, 2 Clock Tower Place, Suite 260G, Maynard, Massachusetts 01754, *plaintiff pro se*, on this 5th day of April, 2005 by placing the documents in a sealed envelope with postage thereon fully prepaid in the United States mail at Boston, Massachusetts addressed as set forth above.

                              Philip A. O'Connell, Jr.  BBO#649343
                              SONNENSCHEIN NATH & ROSENTHAL LLP
                              155 Federal Street, 17th Floor
                              Boston, MA 02110
                              Telephone: (617) 574-4701
                              Fax: (617) 574-4744