UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PENTZ,<br><br>                Plaintiff,<br><br>     v.<br><br>ALM,<br><br>                Defendant. | Civil Action No. 05-10207 (JLT)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE THAT, upon the annexed affidavit of Phillip A. O'Connell, Jr. and the exhibit annexed thereto, and upon the Complaint in this action, Defendant ALM Media, Inc., formerly known as American Lawyer Media, Inc. (mistakenly identified in the Complaint as "ALM"), will respectfully move before the Honorable Judge Joseph L. Tauro, United States Judge for the District of Massachusetts, on such date as will be determined by the Court, to dismiss the complaint with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state a claim upon which relief can be granted, and awarding such other and further relief as the Court deems just and proper.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1, Defendant requests an oral argument with respect to the above-referenced motion on the grounds that such argument may assist the Court in resolving the motion.

Respectfully submitted,

ALM Media, Inc.

9935192

By its attorneys,

SONNENSCHEIN NATH & ROSENTHAL LLP

_____
Philip A. O'Connell, Jr.   BBO #649343
155 Federal Street, 17th Floor
Boston, MA 02110
(617) 574-4701
(617) 574-4744 (fax)

Dated: April 7, 2005

TO:   John J. Pentz
      2 Clock Tower Place, Suite 260G
      Maynard, MA 01754

- 2 -

17471612\V-4

## CERTIFICATE OF COMPLIANCE WITH LR 7.1

I hereby certify that counsel for the Defendant ALM Media, Inc. conferred with counsel for the Plaintiff John Pentz in a good faith effort to resolve the issues set forth herein and counsel for the Plaintiff assents to the filing of the Defendant's Motion to Dismiss.

*[signature]*

Philip A. O' Connell, Jr.

17471612\V-4