UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN J. PENTZ,

                      Plaintiff,

- *against* -

ALM,

                      Defendant.

05-CV-10207 (JLT)

**SUPPLEMENTAL LOCAL RULE 7.3 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the United States District Court for the District of Massachusetts, and to enable Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant ALM Media, Inc. (mistakenly identified in the Complaint as "ALM") submits this Supplemental Local Rule 7.3 Statement and certifies that as of March 7, 2005, American Lawyer Media, Inc. has changed its name to ALM Media, Inc., and its corporate parent has changed its name from American Lawyer Media Holdings, Inc. to ALM Media Holdings, Inc. No publicly held corporation owns 10% or more of ALM Media, Inc.'s stock.

Dated: April 7, 2005

SONNENSCHEIN NATH & ROSENTHAL LLP

_____
Philip A. O'Connell, Jr.  BBO #649343
155 Federal Street, 17th Floor
Boston, MA 02110
(617) 574-4701
(617) 574-4744 (fax)