UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 APR -7 P 1:39

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| John Pentz,<br>        Plaintiff,<br>    v.<br>ALM,<br>        Defendant. | Civil Action No. 05-10207 (JLT)<br><br>**CERTIFICATE OF SERVICE** |

I, PHILIP A. O'CONNELL, JR., certify that I am over eighteen years of age, am not a party to the above-captioned action, and that I cause true and correct copies of (a) NOTICE OF MOTION, (b) DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT, (c) AFFIDAVIT OF PHILIP A. O'CONNELL, JR., and (d) SUPPLEMENTAL LOCAL RULE 7.3 STATEMENT upon John J. Pentz, 2 Clock Tower Place, Suite 260G, Maynard, Massachusetts 01754, *plaintiff pro se*, on this 7th day of April, 2005 by placing the documents in a sealed envelope with postage thereon fully prepaid in the United States mail at Boston, Massachusetts addressed as set forth above.

Philip A. O'Connell, Jr.   BBO#649343
SONNENSCHEIN NATH & ROSENTHAL LLP
155 Federal Street, 17th Floor
Boston, MA 02110
Telephone: (617) 574-4701
Fax: (617) 574-4744

*Attorneys for Defendant ALM Media, Inc.*