UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PENTZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALM,<br><br>　　　　　Defendant. | Civil Action No. 05-10207 (JLT) |

### DEFENDANT ALM MEDIA, INC.'S MOTION FOR LEAVE TO FILE ITS REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT

Pursuant to Local Rule 7.1(B)(3), defendant ALM Media, Inc. ("ALM") hereby moves for leave to file a reply memorandum in support of its Motion to Dismiss. As grounds for this motion, ALM states that (1) Plaintiff's opposition to Defendant's Motion to Dismiss advances new arguments that Defendant has previously not had an opportunity to address; and (2) the reply memorandum will be of assistance to the Court by focusing the issues.

Filed simultaneously herewith is ALM's accompanying memorandum in support of this motion for leave to reply. ALM respectfully requests that the Court grant ALM's motion for leave to reply; deem ALM's accompanying memorandum of law to be ALM's reply; and deem ALM's reply to be filed as of the date of the Court's Order granting leave to file the reply.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendant requests an oral argument with respect to the above-referenced motion on the grounds that such argument may assist the Court in resolving the motion.

Respectfully submitted,

ALM Media, Inc.
By its attorneys,

SONNENSCHEIN NATH & ROSENTHAL LLP

Philip A. O'Connell, Jr.   BBO #649343
155 Federal Street, 17th Floor
Boston, MA 02110
(617) 574-4701
(617) 574-4744 (fax)

Of Counsel:

Devereux Chatillon, Esq.
(admitted *pro hac vice*)
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020
212 768-6800
212 768-6700 (fax)

Robert A. Feinberg, Esq.
ALM Media, Inc.
345 Park Ave. So.
New York, NY 10010
212 592-4944
212 592-4900 (fax)

Dated: May 3, 2005

TO:   John J. Pentz
      2 Clock Tower Place, Suite 260G
      Maynard, MA 01754