UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| John Pentz,<br>   Plaintiff,<br> v.<br>ALM,<br>   Defendant. | Civil Action No. 05-10207 (JLT)<br><br>**CERTIFICATE OF SERVICE** |

I, PHILIP A. O'CONNELL, JR., certify that I am over eighteen years of age, am not a party to the above-captioned action, and that I caused true and correct copies of (a) DEFENDANT ALM MEDIA, INC.'S MOTION FOR LEAVE TO FILE ITS REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT and (b) DEFENDANT'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT upon John J. Pentz, 2 Clock Tower Place, Suite 260G, Maynard, Massachusetts 01754, *plaintiff pro se*, on this 3rd day of May, 2005 by placing the documents in a sealed envelope with postage thereon fully prepaid in the United States mail at Boston, Massachusetts addressed as set forth above.

Philip A. O'Connell, Jr.   BBO#649343
SONNENSCHEIN NATH & ROSENTHAL LLP
155 Federal Street, 17th Floor
Boston, MA 02110
Telephone: (617) 574-4701
Fax: (617) 574-4744

*Attorneys for Defendant ALM Media, Inc.*