UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN J. PENTZ,

                           Plaintiff,

      - against -

ALM,

                         Defendant.

05-CV-10207 (JLT)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by the undersigned, counsel for each of the parties in the above-captioned action, that defendant ALM Media Inc. (identified in the Complaint as "ALM") shall have its time to file an answer to the Complaint in the above-captioned action extended to and including August 26, 2005.

Dated: July 28, 2005

_____
John J. Pentz

2 Clock Tower Place, Suite 260G
Maynard, Massachusetts 01754
Tel: (978) 461-1548
Fax: (707) 276-2925

*Plaintiff pro se*

SONNENSCHEIN NATH & ROSENTHAL LLP

_____
Philip A. O'Connell, Jr.

155 Federal St, 17th Fl
Boston, Massachusetts 02110
Tel: (617) 574-4701
Fax: (617) 574-4744

*Counsel for Defendant
ALM Media, Inc.*