UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 NOV -8 P 3: 16

U.S. DISTRICT COURT
DISTRICT OF MASS

JOHN PENTZ,

    Plaintiff,

v.

ALM,

    Defendant.

Civil Action No. 05-10207 (JLT)

## DEFENDANT ALM MEDIA, INC.'S NOTICE PURSUANT TO LOCAL RULE 83.5.2 OF CHANGE OF ADDRESS AND TELEPHONE NUMBER OF LOCAL COUNSEL

Pursuant to Local Rule 83.5.2(e), PLEASE TAKE NOTICE THAT the address, telephone number and related contact information (set forth below) of local counsel for defendant ALM Media, Inc. ("ALM") has changed to the following effective immediately:

> Philip A. O'Connell, Jr.
> Sonnenschein Nath & Rosenthal LLP
> One International Place
> 3rd Floor
> Boston, MA 02110
> General: (617) 235-6800
> Facsimile: (617) 235-6899
> Direct: (617) 235-6802

The e-mail address of local counsel for defendant ALM (poconnelljr@sonnenschein.com) remains unchanged.

All addresses, telephone numbers and related contact information for those attorneys who are of counsel for ALM (identified below) remains unchanged.

Defendant ALM requests that, effective immediately, all further pleadings, discovery, other filings, and other communications in the above-captioned matter that are directed to local counsel for defendant ALM be directed to the new address set forth above.

Respectfully submitted,

ALM Media, Inc.
By its attorneys,

SONNENSCHEIN NATH & ROSENTHAL LLP

_____
Philip A. O'Connell, Jr.  BBO #649343
One International Place
3rd Floor
Boston, MA 02110
(617) 235-6800 (general)
(617) 235-6899 (fax)
(617) 235-6802 (direct)

Of Counsel:

Devereux Chatillon, Esq.
(admitted *pro hac vice*)
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020
212 768-6800
212 768-6700 (fax)

Robert A. Feinberg, Esq.
ALM Media, Inc.
345 Park Ave. So.
New York, NY 10010
212 592-4944
212 592-4900 (fax)

Dated: November 8, 2005

TO:    John J. Pentz
        2 Clock Tower Place, Suite 260G
        Maynard, MA 01754

        Rory A. Valas
        Valas & Associates
        250 Summer Street
        Boston, MA 02110

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 NOV -8  P 3: 16

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| John Pentz, | : |
| Plaintiff, | : Civil Action No. 05-10207 (JLT) |
| v. | : **CERTIFICATE OF SERVICE** |
| ALM, | : |
| Defendant. | : |

I, PHILIP A. O'CONNELL, JR., certify that I am over eighteen years of age, am not a party to the above-captioned action, and that I caused a true and correct copy of DEFENDANT ALM MEDIA, INC.'S NOTICE PURSUANT TO LOCAL RULE 83.5.2 OF CHANGE OF ADDRESS AND TELEPHONE NUMBER OF LOCAL COUNSEL to be served upon John J. Pentz, 2 Clock Tower Place, Suite 260G, Maynard, Massachusetts 01754, and Rory A. Valas, Valas & Associates, 250 Summer Street, Boston, MA 02110, on this 8th day of November, 2005 by placing the documents in a sealed envelope with postage thereon fully prepaid in the United States mail at Boston, Massachusetts addressed as set forth above.

Philip A. O'Connell, Jr.    BBO#649343
SONNENSCHEIN NATH & ROSENTHAL LLP
One International Place, 3rd Floor
Boston, MA 02110
Telephone: (617) 235-6802
Fax: (617) 235-6899

*Attorneys for Defendant ALM Media, Inc.*

17499971\V-1