UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

"FILED IN OPEN COURT"
12/6/05

| | |
|---|---|
| JOHN J. PENTZ, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-10207-JLT |
| v. | ) |
| ALM, | ) |
| Defendant. | ) |

NOTICE OF APPEARANCE FOR PLAINTIFF

Rory Valas of the law firm of Valas and Associates, P.C. hereby provides notice of his appearance in the above-captioned matter as counsel for the plaintiff. Plaintiff had filed the Complaint and, thus far, had appeared in this matter pro se.

JOHN J. PENTZ,
By his attorneys,

_____
Rory A. Valas (BBO#559277)
Valas and Associates, PC
250 Summer Street
Boston, MA 02210
(617) 399-2200

CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2005, I served a copy of the following counsel of record for defendant by hand.

_____
Rory A. Valas