UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN J. PENTZ, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-10207-JLT |
| | * | |
| ALM, | * | |
| | * | |
| Defendant. | * | |

ORDER

December 6, 2005

TAURO, J.

After a Conference held on December 6, 2005, this court hereby orders that:

1.    Plaintiff may depose the following: (1) Lisa Lerer; (2) Allison Frankel; and (3) Aric Press;

2.    Defendant may depose the following: (1) John J. Pentz; (2) Joe Whartley; and (3) Lloyd Constantine;

3.    The abovementioned depositions must be completed by April 28, 2006;

4.    No other discovery will be permitted without leave of this court; and

5.    A Further Conference will be held on May 9, 2006.

IT IS SO ORDERED.

United States District Judge