# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**JOHN J. PENTZ,**
   **Plaintiff,**

     **V**               **CA 05-10207-JLT**

**ALM MEDIA,**
  **Defendant.**

## SETTLEMENT ORDER OF DISMISSAL

**TAURO, D.J.**

   The court having been advised on March 24, 2006 by counsel for the parties that the above action has been settled:    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within **30** days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

 

                                                              Zita Lovett
                                                                  /s/
                                                          _____
                                                          **Deputy Clerk**

March 30, 2006