UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN J. PENTZ,<br><br>     Plaintiff,<br><br>v.<br><br>ALM,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No.  05-10207-JLT<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

   Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that the above-captioned

action, including all claims asserted therein, be dismissed with prejudice and without costs to

either party.

          John J. Pentz,
          By his attorneys,


          _____
          Rory A. Valas (BBO#559277)
          Valas and Associates, PC
          250 Summer Street
          Boston, MA 02210
          (617) 399-2200


          ALM
          By its attorneys:


          /S/

          _____
          Devereux Chatillon, Esq.
          Sonnenschein Nath & Rosenthal LLP
          1221 Avenue of the Americas
          New York, NY 10020

(212) 398-5815

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 20, 2006, I served a copy of this pleading upon counsel of record for defendant by first-class mail.

_____

Rory A. Valas